UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. 05-342 |
| v. | GRAND JURY ORIGINAL |
| ALVARO SERRANO ARCHBOLD-MANNER (1) <br>    a.k.a "El Negro" <br>    a.k.a. "Archie" <br>    a.k.a. "Bambino" | VIOLATIONS: <br><br> 21 U.S.C. §§ 959, 960, and 963 <br> (Conspiracy to Distribute Five Kilograms or More of Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported Into the United States) |
| JESUS ANTONIO MURILLO-LENIS (2) <br>    a.k.a. "Leni" <br>    a.k.a. "Muri" | 21 U.S.C. § 959 and 963 <br> (Distribution of Five Kilograms or More of Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported Into the United States) |
| RANFER MANUEL RIOS-MERCADO (3) | |
| JEFFREY DAVYTON LEWIS (4) | 18 U.S.C. § 2 <br> (Aiding and Abetting) |
| GARETH DAVITON LEWIS (5) <br>    a.k.a "David Lewis" <br>    a.k.a. "Mocho" | 21 U.S.C. § 853 <br> 21 U.S.C. § 970 <br> (Forfeiture) |
| FREDY GOMEZ-PEREZ (6) <br>    a.k.a. "Chiqui" | |
| JUAN DE JESUS RINCON-ROJAS (7) | United States District Court <br> For the District of Columbia <br> A TRUE COPY <br> NANCY MAYER WHITTINGTON, Clerk <br><br> By _____ <br> Deputy Clerk |
| GUSTAVO BARBOSA-RODRIGUEZ (8) | |
| ULISES MALKUM-BERNADES (9) <br>    a.k.a. "Ulysis Malcom" <br>    a.k.a. "Ulyses Malcolm" <br>    a.k.a. "Ulysis Malkun" <br>    a.k.a. "El Gordo" <br>    a.k.a. "Montoya" | |

CARLOS DELGADO-GOMEZ (10)  :
    a.k.a. "Carlanga"

LUIS ENRIQUE CASTANEDA-  :
GONZALEZ (11)
    a.k.a "Kike"

ENRIQUE OYOLA-ROPERO (12)  :

VICTOR ANTONIO PALMERA-  :
QUINTANA (13)

SERGIO RENE DE MARTINI-  :
TAMAYO (14)
    a.k.a. "Paisa,"
    a.k.a. "Rafita,"
    a.k.a. "Henry"

JOSE HUGO ALVAREZ-LOZANO (15) :

JAIME HERNAN GUTIERREZ-  :
DIAZ (16)

GERMAN VILLEGAS-MEJIA (17)  :
    a.k.a. "El Doctor"

GERARDO TOBON-ROJAS (18)  :
    a.k.a. "Mateo"

FERNANDO ZAPATA-BERMUDEZ(19) :



JUAN JOSE HEREDIA-LOPEZ (22)  :



JUAN EDUARDO PEREZ-RINCON (24) :

ALFREDO LUIS PERALTA-
CARRILLO (25)

## SECOND SUPERCEDING INDICTMENT

The Grand Jury Charges That:

### COUNT ONE

From in or about April 28, 2005 the exact date being unknown to the Grand Jury, and continuing thereafter, up to and including the date of the filing of this Indictment, in Colombia, and elsewhere, the defendants, **ALVARO SERRANO ARCHBOLD-MANNER**, a.k.a "El Negro," a.k.a. "Archie," a.k.a. "Bambino," **JESUS ANTONIO MURILLO-LENIS**, a.k.a. "Leni," a.k.a. "Muri," **RANFER MANUEL RIOS-MERCADO, JEFFREY DAVYTON LEWIS, GARETH DAVITON LEWIS** a.k.a "David Lewis," a.k.a. "Mocho," **FREDY GOMEZ-PEREZ**, a.k.a. "Chiqui," **JUAN DE JESUS RINCON-ROJAS, GUSTAVO BARBOSA-RODRIGUEZ, ULISES MALKUN-BERNADES** a.k.a. "Ulysis Malcom," a.k.a. "Ulyses Malcolm," a.k.a. "Ulysis Malkum," a.k.a. "El Gordo," a.k.a. "Montoya," **CARLOS DELGADO-GOMEZ** a.k.a. "Carlanga," **LUIS ENRIQUE CASTANEDA-GONZALEZ**, a.k.a "Kike," **ENRIQUE OYOLA-ROPERO, VICTOR ANTONIO PALMERA-QUINTANA, SERGIO RENE DE MARTINI-TAMAYO**, a.k.a. "Paisa," "Rafita," "Henry," **JOSE HUGO ALVAREZ-LOZANO, JAIME HERNAN GUTIERREZ-DIAZ, GERMAN VILLEGAS-MEJIA**, a.k.a. "El Doctor," **GERARDO TOBON-ROJAS**, a.k.a. "Mateo," **FERNANDO ZAPATA-BERMUDEZ,** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ **JUAN JOSE HEREDIA-LOPEZ,** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3

JUAN EDUARDO PEREZ-RINCON, ALFREDO LUIS PERALTA-CARRILLO and unindicted co-conspirators, known and unknown, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons known and unknown to the Grand Jury to distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959 and 960.

> (**Conspiracy to Manufacture and Distribute Five Kilograms or More of Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported Into the United States**, in violation of Title 21, United States Code, Sections 959, 960 and 963 and **Aiding and Abetting**, in violation of Title 18, United States Code, Section 2)

## COUNT TWO

On or about July 22, 2005 in Colombia and elsewhere, the defendants, **ALVARO SERRANO ARCHBOLD-MANNER**, a.k.a "El Negro," a.k.a. "Archie," a.k.a. "Bambino," **JESUS ANTONIO MURILLO-LENIS**, a.k.a. "Leni," a.k.a. "Muri," **RANFER MANUEL RIO-MERCADO, JEFFREY DAVYTON LEWIS, GARETH DAVITON LEWIS** a.k.a "David Lewis," **FREDY GOMEZ-PEREZ**, a.k.a. "Chiqui," **JUAN DE JESUS RINCON-ROJAS** a.k.a. "Paisa," **ULISES MALKUN-BERNADES** a.k.a. "Ulysis Malcom," a.k.a. "Ulyses Malcolm," a.k.a. "Ulysis Malkum," a.k.a. "El Gordo," a.k.a. "Montoya," **CARLOS DELGADO-GOMEZ** a.k.a. "Carlanga," and **SERGIO RENE DE MARTINI-TAMAYO**, a.k.a. "Paisa," "Rafita," "Henry," did unlawfully, knowingly, and intentionally distribute and cause the distribution of five (5) kilograms or more of a mixture or substance containing a

4

detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such cocaine would be unlawfully imported into the United States.

**(Distributing Five (5) Kilograms or More of Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported Into the United States**, in violation of Title 21, United States Code, Section 959, and **Aiding and Abetting**, in violation of Title 18, United States Code, Section 2)

## COUNT THREE

On or about January 21, 2006 in Colombia and elsewhere, the defendants, **JUAN DE JESUS RINCON-ROJAS, GUSTAVO BARBOSA-RODRIGUEZ, CARLOS DELGADO-GOMEZ, a.k.a. "Carlanga," LUIS ENRIQUE CASTANEDA-GONZALEZ, "Kike," JOSE HUGO ALVAREZ-LOZANO** and **JUAN EDUARDO PEREZ-RINCON** did unlawfully, knowingly, and intentionally distribute and cause the distribution of five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such cocaine would be unlawfully imported into the United States.

**(Distributing Five (5) Kilograms or More of Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported Into the United States**, in violation of Title 21, United States Code, Section 959, and **Aiding and Abetting**, in violation of Title 18, United States Code, Section 2)

## COUNT FOUR

On or about January 22, 2006 in Colombia and elsewhere, the defendants, **RANFER MANUEL RIOS-MERCADO, GERMAN VILLEGAS-MEJIA, a.k.a. "El Doctor," GERARDO TOBON-ROJAS, a.k.a. "Mateo," FERNANDO ZAPATA-BERMUDEZ, HERIBERTO ZAZUETA, a.k.a. "Don Beto,"** and **MARIO FRANCISCO MAGANA-PEREZ, a.k.a. "El Grandote,"** did unlawfully, knowingly, and intentionally attempt to

distribute and cause the distribution of five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such cocaine would be unlawfully imported into the United States.

> **(Distributing Five (5) Kilograms or More of Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported Into the United States**, in violation of Title 21, United States Code, Sections 959 and 963, and **Aiding and Abetting**, in violation of Title 18, United States Code, Section 2)

## COUNT FIVE

On or about March 7, 2006, in Colombia and elsewhere, the defendants, **GUSTAVO BARBOSA-RODRIGUEZ, LUIS ENRIQUE CASTANEDA-GONZALEZ, a.k.a. "Kike," JAIME HERNAN GUTIERREZ-DIAZ, and CARLOS DELGADO-GOMEZ a.k.a. "Carlanga,"** did unlawfully, knowingly, and intentionally distribute and cause the distribution of five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such cocaine would be unlawfully imported into the United States.

> **(Distributing Five (5) Kilograms or More of Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported Into the United States**, in violation of Title 21, United States Code, Section 959, and **Aiding and Abetting**, in violation of Title 18, United States Code, Section 2)

## COUNT SIX

On or about March 24, 2006, in Colombia and elsewhere, the defendants, **ALVARO SERRANO ARCHBOLD-MANNER, a.k.a "El Negro," a.k.a. "Archie," a.k.a "Bambino," JEFFREY DAVYTON LEWIS, GARETH DAVITON LEWIS a.k.a "David Lewis," a.k.a. "Mocho," FREDY GOMEZ-PEREZ, a.k.a. "Chiqui," and CARLOS DELGADO-GOMEZ a.k.a. "Carlanga,"** did unlawfully, knowingly, and intentionally distribute and cause the

distribution of five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such cocaine would be unlawfully imported into the United States.

**(Distributing Five (5) Kilograms or More of Cocaine Intending and Knowing that the Cocaine Will Be Unlawfully Imported Into the United States**, in violation of Title 21, United States Code, Section 959, and **Aiding and Abetting**, in violation of Title 18, United States Code, Section 2)

## FORFEITURE ALLEGATION

A. The violations alleged in Counts One through Six are re-alleged and incorporated by reference herein.

B. As a result of the offenses alleged in Counts One through Six the defendants named in these offenses shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any respective right, title or interest which such defendants may have in (1) any and all money and/or property constituting, or derived from, any proceeds which such defendants obtained, directly or indirectly, as the result of the violations alleged in this Indictment; and (2) any and all property used, in any manner or part, to commit, or to facilitate the commission of, the violations alleged in this Indictment.

C. If any of the forfeitable property described in paragraph B above, as a result of any act or omission of the defendant –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph B above.

(**Criminal Forfeiture**, in violation of Title 21, United States Code, Sections 853 and 970)

A TRUE BILL:

_____
FOREPERSON

_____
PATRICK H. HEARN
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
Washington, D.C. 20530
Bond Building