A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States of America

Plaintiff(s) ) **APPEARANCE**

vs. ) CASE NUMBER CR-05-342-RCL

Alvaro Serrano Archbold-Manner, et al )

Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of Teresa A. Wallbaum (Attorney's Name) as counsel in this case for: United States of America (Name of party or parties)

August 14, 2008
Date

Illinois # 6211941
BAR IDENTIFICATION

[signature]
Signature

Teresa A. Wallbaum
Print Name

1400 New York Ave, NW
Address

Washington, DC 20530
City State Zip Code

(202) 616-5193
Phone Number